1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| CHESTON FOSTER, | ) | Case No. CV 15-07703-AB (DTB) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | CONCLUSIONS AND |
| UNITED STATES OF | ) | RECOMMENDATIONS OF UNITED |
| AMERICA, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: May 12, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1