JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTON FOSTER, | Case No. CV 15-07703-AB (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 12, 2016

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE